**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Joseph J. Manning<br>       Debtor, | Chapter: 13<br>Case No: 24−12253<br>Judge Christopher J. Panos |

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

Please take notice that the Order Confirming the Chapter 13 Plan was entered on **7/23/25.**

| | |
|---|---|
| Date:7/23/25 | Mary P. Sharon<br>Clerk, U.S. Bankruptcy Court |
| | By the Court, |
| | David Corchado<br>Deputy Clerk<br>508−770−8905 |

55 − 41