**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>Joseph J. Manning,<br><br>Debtor | Chapter 13<br>24-12253-CJP |

## ORDER

**MATTER:**
#64 Chapter 13 Trustee's Motion for Order Dismissing Case for Failure to Make Plan Payments.

NO RESPONSE HAVING BEEN FILED TO THE MOTION OF THE CHAPTER 13 TRUSTEE TO DISMISS THE DEBTOR'S CASE [ECF NO. 64] (THE "MOTION"), THE MOTION IS GRANTED AND THE CASE IS HEREBY DISMISSED.

Dated: 07/02/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge